# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>      v. )<br>   )<br>   )<br>DAVID RIVERA-GUZMAN ) | 1:12-CR-00074 AWI-DLB |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
        (**X**) Ad Prosequendum         ( ) Ad Testificandum.

Name of Detainee:     David Rivera-Guzman
Detained at (custodian):     Wasco State Prison

Detainee is:   a.)   (**X**) charged in this district by:
                (**X**) Indictment     ( ) Information     ( ) Complaint
                Charging Detainee With:   **8 U.S.C. § 1326(a) & (b)(1) -Deported Alien Found in the United States**

  or   b.)   ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:   a.)   (**X**) return to the custody of detaining facility upon termination of proceedings
  or   b.)   ( ) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California.*

Signature: /s/ Wallace J. Lee
Printed Name & Phone No: Wallace J. Lee/ 559-497-4000
Attorney of Record for:     United States of America

## WRIT OF HABEAS CORPUS
        (**X**) Ad Prosequendum         ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

| 4/3/2012 | /s/ Barbara A. McAuliffe |
|---|---|
| Date | United States District/Magistrate Judge |

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | CDCR - RIVERA, David Guzman Guzman | Male X | Female |
| Booking or CDC #: | AL-0443 | DOB: | |
| | Release Date:05/15/2013 | Race: | |
| | | FBI #: | 586146WA1 |
| Facility Phone: | | | |
| Currently Incarcerated For: | | | |

### RETURN OF SERVICE

Executed on _____ by _____
                                                     (Signature)